

PO 03 3 2
Misd.
Felony X | District | Off

MARTORANO, GEORGE, aka COWBOY
JS-3 9/84
09 19 83 00314
No. of Def's 14

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 18:2 | Aiding and Abetting. Cts. 9,10,13,14,16,18,19,20,21,24. | 10 |
| 21:841(a)(1) | Unlawfully possess with intent to distribute heroin. Ct.3. | 1 |
| 21:841(a)(1) | Unlawfully distribute and cause to be distributed Cocaine. Ct. 11. | 1 |
| 21:841(a)(1) | Unlawfully possess with intent to distribute Cocaine. Cts. 13 & 14. | 2 |
| 21:841(a)(1) | Unlawfully possess with intent to distribute Marihuana. Cts. 15,16,17 & 18. | 4 |
| 21:843(b) | Unlawful use of a communication facility. Ct. 24. | 1 |
| 21:846,841(a)(1) | Conspiracy to distribute Heroin, Schedule I narcotic drug controlled substance. Ct. 1. | 1 |
| 21:846,841(a)(1) | Conspiracy to distribute Cocaine and Quaaludes, Schedule II non-narcotic drugs controlled substances and Marihuana Schedule I non-narcotic drug controlled substance. Ct.2. | 1 |

## II. KEY DATE

INTERVAL ONE — KEY DATE 9-20-83 — END INTERVAL TWO

Indictment X filed unsealed

### III. MAGISTRATE

JOSEPH C. SANTAGUIDA, ESQ. (222)
121 S. Broad St. 2nd Fl.
Phila., PA 19107

Gregory D. MacFarlane, Esq.
802 S. 6th St. 3rd Fl.
Phila., PA 19147

ANDREA FOULKES, ESQ. AUSA

ATTORNEYS
U.S. Attorney or Asst.
~~Louis R. Pichini, Esq., Phil~~
~~Michael A. Schwartz, Esq.,~~

Defense: 1 ☐ CJA 2 X Ret. 3 ☐ Waived.

Robert F. Simone, Esq.
42 S. 15th St.

GEORGE MARTORANO # 12973-004
FCC COLEMAN-MEDIUM (C-2)
P.O. BOX 1032
COLEMAN, FL 33521-1032

PA. 19102

Fitzpatrick, Esq. (175)
Public Ledger Bldg.
nut St.
19106-3409

iamantis, Esq.(196)
Harrison, Segal & Lewis
t St. Suite 3600
19103

Entries Begin On Reverse Side

256

| | | | U.S. | (LAST, FIRST, MIDDLE) | Case Filed Mo Day | | Cst No |
|---|---|---|---|---|---|---|---|
| PO ☐ | | Appeared ☐ | vs. | • MARTORANO, GEORGE, aka COWBOY | 09 19 | 83 00314 | 01 |
| Misd. ☐ | | Disp./Sentence | ☐ JUVENILE | | | No. of | |
| Felony ☐ District | Off | Judge/Magistr. | ☐ ALIAS OFFENSE ON INDEX CARD ▶ | (Continued Charges) | | Def's ● U.S. MAG. CASE NO. ▶ | |

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. NG | GUILTY NOLO |
|---|---|---|---|---|
| 21:846,841(a)(1) | Unlawfully attempt to possess with intent to distribute Quaaludes. Cts. 4 & 6. | 2 | | |
| 21:846,841(a)(1) | Unlawfully attempt to distribute Quaaludes. Cts. 9 & 10. | 2 | | |
| 21:848(a)(2) | Continuing Criminal Enterprise. Ct. 30. | 1 | | |
| 21:952(a) | Importation of Marihuana. Cts. 19, 20 & 21. | 3 | | |

SUPERSEDING COUNTS ☐ JURY ☐ N.J.

## II. (illegible intervals section)

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD Nolle Pros. | FINAL CHARGES DISMISSED on S.T. grounds ☐ W.P. ☐ WOP | on def motion on gov motion |

## III. MAGISTRATE

| Search Warrant | Issued / Return | DATE | INITIAL/NO. | INITIAL APPEARANCE DATE ▶ | | | INITIAL/NO. | OUTCOME: ☐ DISMISSED |
|---|---|---|---|---|---|---|---|---|
| Summons | Issued / Served | | | PRELIMINARY EXAMINATION OR REMOVAL HEARING | Date Scheduled ▶ Date Held ▶ | | | HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| Arrest Warrant Issued COMPLAINT ▶ | | | | ☐ WAIVED ☐ NOT WAIVED ☐ INTERVENING INDICTMENT | Tape Number | | | |
| Date of Arrest | | OFFENSE (In Complaint) | | | | | | |

Show last names and suffix numbers of other defendants on same indictment/information:

RULE 20 21 40 In Ou
RELEASE

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

ATTORNEYS
U.S. Attorney or Asst.

Defense: 1 ☐ CJA. 2 ☐ Ret. 3 ☐ Waived. 4 ☐ Self. 5 ☐ Non / Other. 6 ☐ PD. 7 ☐ CD

### PRE INDICTMENT
Release Date
Bail ☐ Denied — ☐ Fugitive / ☐ Pers. Rel / ☐ PSA
AMOUNT SET $
Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other
Date Set
☐ Bail Not Made
Date Bond Made

### POST—INDICTMENT
Release Date
Bail ☐ Denied — ☐ Fugitive / ☐ Pers. Rec / ☐ PSA
AMOUNT SET $
Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other
Date Set
☐ Bail Not Made
Date Bond Made

### FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

Docket Entries Begin On Reverse Side

APPEALS FEE PAYMENTS

| DATE DOCUMENT NO. | | | V. PROCEEDINGS (OPTIONAL) Show last names of defendants | Start Date End Date | Ltr. Code |
|---|---|---|---|---|---|
| | | 8 | 00314 | | |
| 1 | Sep. | 19 | True Bill. | | |
| 2 | " | 19 | MOTION AND ORDER FOR BENCH WARRANT, FILED. WARRANT EXIT   WFH Bail to be entered in sum of $5,000,000.00. | | |
| 3 | " | 19 | Appearance of L. R. Pichini, Esq. for Govt., filed. | | |
| 4 | " | 19 | Memo of U.S. in support of motion for bail, filed. | | |
| | " | 19 | ORDER THAT DOCKET PAPERS, ETC. ARE IMPOUNDED FOR PERIOD NOT TO EXCEED 15 DAYS, ETC., FILED.                                                WFH | | |
| 6 | " | 20 | Letter unimpounding Indictment, filed. | | |
| 7 | Oct. | 3 | MOTION OF GOVT. FOR RESTRAINING ORDER AND MEMO AND DECLARATION OF LOUIS R. PICHINI, FILED. | | |
| 8 | " | 5 | ORDER THAT THE EXCLUDABLE TIME BE COMPUTED FROM THE DATE OF FILING OF GOVT. MOTION FOR RESTRAINING ORDER ON 10/3/83, FILED.    JH 10/5/83 entered & copies mailed. | | |
| 9 | " | 6 | Bail status sheet dtd. 10/5/83 setting bail in the amount of $2,000,000 - Cash; with conditions, PLEA: 10/5/83 - NOT GUILTY TO CTS. 1 thru 4, 6,9,10,11,13,14,15, 16,17,18,19,20,21,24,30, filed. | | |
| | " | 6 | MOTION & ORDER THAT GOVT'S MOTION FOR A HEARING TO DETERMINE THE SOURCE OF BAIL POSTED BY DEFT. IS GRANTED, ETC., FILED.     RAP 10/6/83 copies mailed. | | |
| 11 | " | 17 | DEFT'S MOTION FOR EXTENSION OF TIME IN WHICH TO FILE PRE-TRIAL MOTIONS, CERTIFICATE OF SERVICE, FILED. | | |
| | " | 18 | Letter dtd. 10/18/83 from L.R. Pichini, Esq. to Judge Hannum re: Govt. does not oppose Defts' motion to extend time to file pretrial motion, filed. | | |
| | " | 19 | ORDER THAT THE DEFT. IS ALLOWED UNTIL 4:00 P.M. ON 10/30/83 TO FILE PRETRIAL MOTIONS, ETC., FILED.                      JH 10/19/83 entered & copies mailed. | | |
| 4 | " | 25 | MOTION OF DEFT. FOR TEMPORARY FURLOUGH, FILED. | | |
| | " | 27 | Letter from L.R. Pichini, Esq. to Judge Hannum dtd. 10/25/83 re: "Deft's motion got temporary furlough should be denied", filed. | | |
| 16 | " | 27 | ORDER DATED 10/25/83 THAT DEFT'S MOTION FOR TEMPORARY FURLOUGH IS DENIED, FILED.                                          JH 10/27/83 entered & copies mailed. | | |
| 17 | " | 31 | Warrant returned "executed 9/19/83", filed. | | |
| 18 | " | 31 | DEFT'S MOTION TO SUPPRESS EVIDENCE BY ELECTRONIC SURVEILLANCE, MEMORANDUM, CERTIFICATE OF SERVICE, FILED. | | |
| 19 | " | 31 | DEFT'S MOTION FOR DISCOVERY, MEMORANDUM, CERTIFICATE OF SERVICE, FILED. | | |
| | " | 31 | DEFT'S MOTION FOR DISCOVERY AND DISCLOSURE OF EVIDENCE FAVORABLE TO DEFT. (BRADY MATERIAL), MEMO., CERTIFICATE OF SERVICE, FILED. | | |
| 21 | " | 31 | DEFT'S MOTION TO COMPEL THE GOVT. TO DISCLOSE THE NAME OF ANY INFORMANT WITNESSES, MEMO., CERTIFICATE OF SERVICE, FILED. | | |
| 22 | " | 31 | DEFT'S MOTION TO JOIN IN ALL PRE-TRIAL MOTIONS FILED BY CO-DEFTS, CERTIFICATE OF SERVICE, FILED. | | |
| 23 | " | 31 | DEFT'S MOTION FOR AN ORDER TO PERMIT DEFT. TO BE EXAMINED BY A PSYCHIATRIST, MEMORANDUM, CERTIFICATE OF SERVICE, FILED. | | |
| | " | | Govt's notice of intent to destroy controlled substances, filed. | | |
| | Nov. | 3 | ORDER THAT THE EXCLUDABLE TIME BE COMPUTED FROM THE DATE OF FILING                                                           JH 11/4/83 entered & copies mailed. | | |
| 26 | " | 3 | GOVT'S MOTION TO EXTEND TIME TO RESPOND TO DEFENSE PRETRIAL MOTIONS, CERTIFICATE OF SERVICE, FILED. | | |

CONTINUED

AO 256A
Case 2:83-cr-00314-GP   Document 1   Filed 09/19/83   Page 4 of 17
UNITED STATES DISTRICT COURT
CRIMINAL DOCKET       U. S. vs  MARTORANO, GEORGE, a/k/a COWBOY       83   00314   01
                                                                      Yr.  Docket No.  Def.

| DATE | PROCEEDINGS (continued)<br>(Document No.) | V. EXCLUDABLE DELAY |||| 
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| **1983** | | | | | |
| 27 Nov. 7 | Letter from L. R. Pichini, Esq. to Judge Hannum dated 11/4/83 re: Govt's motion be amended to request an extension of time until 11/16/83, filed. | | | | |
| (23) " 8 | ORDER THAT A DULY LICENSED PHYSICIAN WHO SPECIALIZES IN PSYCHIATRY BE PERMITTED TO INTERVIEW AND EXAMINE THE DEFT. AT HIS PLACE OF CONFINEMENT, ETC., FILED.       JH 11/8/83 entered & copies mailed. | | | | |
| (26) " 8 | ORDER THAT THE GOVT'S RESPONSE TO DEFTS' PRETRIAL MOTIONS SHALL BE FILED ON OR BEFORE 11/16/83, FILED.       JH 11/8/83 entered & copies mailed. | | | | |
| 28 " 16 | Govt's answer to motion to suppress evidence obtained by electronic surveillance, Memorandum, Certificate of service, filed. | | | | |
| 29 " 16 | Govt's answer to motion to disclose evidence favorable to the Deft., Memorandum, Certificate of service, filed. | | | | |
| 30 " 16 | Govt's answer to motion to compel the Govt. to disclose the name of any informant witness, filed. | | | | |
| 31 " 16 | Govt's answer to motion for discovery, Memorandum, Certificate of Service, filed. | | | | |
| (22) " 18 | ORDER THAT THE DEFT. IS CONSIDERED TO HAVE JOINED IN THE MOTIONS FILED BY HIS CO-DEFTS, AND THE DEFT. MAY WITHDRAW ANY SUCH MOTIONS FILED BY HIS CO-DEFTS AT THE APPROPRIATE TIME, FILED.       JH 11/21/83 entered & copies mailed. | | | | |
| 32 " 28 | COUNSEL FOR DEFT. & COUNSEL FOR GOVTS' JOINT MOTION AND STIPULATION FOR CONTINUANCE, FILED. | | | | |
| 33 " 29 | MEMORANDUM & ORDER THAT THE ACTION CANNOT PROCEED TO TRIAL & DISPOSITION BECAUSE THE CASE IS SO UNUSUAL AND COMPLEX, DUE TO THE NUMBER OF DEFTS, ETC., WHEREFORE THE CASE IS CONTINUED IN ACCORDANCE WITH 18:3161(h)(8), FILED.       JH 11/30/83 entered & copies mailed. | | | | |
| 34 Dec. 19 | ORDER AMENDING THE ORDER ENTERED 11/8/83, ETC., FILED.       JH 12/20/83 entered & copies mailed. | | | | |
| 35 " 19 | CONSENT DECREE, FILED.       JH 12/20/83 entered & copies mailed. | | | | |
| 36 " 29 | DEFT'S MOTION TO REDUCE BAIL, CERT. OF SERVICE, FILED. | | | | |
| 37 " 30 | Records received from the U.S. District Court for the Southern District of Florida, filed. | | | | |
| **1984** | | | | | |
| 38 Jan. 6 | Govt's response to Deft's motion to reduce Bail, filed. | | | | |
| 39 " 17 | Transcript of 11/8 & 10 - 1983, filed. | | | | |
| 40 " 24 | MEMORANDUM & ORDER HANNUM, J DATED 1/23/84 THAT DEFTS' MOTIONS FOR DISCOVERY ARE GRANTED IN PART AND DENIED IN PART; IT IS FURTHER ORDERED THAT, TO THE EXTENT THE GOVT. HAS ALREADY COMPLIED WITH DISCOVERY REQUESTS, THE MOTIONS ARE GRANTED; AND IN ALL OTHER RESPECTS, THE MOTIONS ARE DENIED, FILED.   JH 1/25/84 entered & copies mailed. | | | | |
| 41 Feb. 1 | Hearing of 1/31/84 re: Deft's motion for reduction of bail - motion Denied by the Court, filed. | | | | |

SCANNED

AO 256A
UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

| | DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) \| (b) \| (c) \| (d) |
|---|---|---|---|
| | 1984 | | |
| 42 | Feb. 2 | MEMORANDUM & ORDER HANNUM, J. DATED 2/1/84 THAT DEFT'S MOTION TO REDUCE BAIL IS DENIED AND THAT BAIL WILL REMAIN SET AT 2 MILLION DOLLARS CASH, FILED. JH 2/2/84 entered & copies mailed. | |
| 43 | " 24 | ORDER THAT THE U. S. MARSHAL IS TO TRANSPORT DEFT. TO THE METROPOLITAN CORRECTION CENTER IN NEW YORK CITY AND THERE KEEP HIM SAFELY HOUSED UNTIL FURTHER ORDER OF THE COURT, FILED. JH 2/24/84 entered. | |
| 44 | Mar. 1 | ORDER DISMISSING AS MOOT MOTION OF DEFT. TO COMPEL THE GOVT. TO DISCLOSE THE NAME OF ANY INFORMANT WITNESSES, FILED. JH 3-2-84 entered & copies mailed | |
| 45 | " 8 | Affidavit of George Martorano, filed. | |
| 46 | " 16 | Hearing of 3/15/84 re: Conflict of Interest - Finding that deft. had intelligently waived his right to other counsel and wanted to retained Robert Simone to represent, filed. | |
| 47 | " 22 | GOVT'S MOTION TO COMPEL RECIPROCAL DISCOVERY AND INSPECTION, MEMORANDUM, CERT. OF SERVICE, FILED. | |
| 48 | " 26 | ORDER THAT THE CASE IS SPECIALLY LISTED FOR TRIAL TO COMMENCE ON 6/4/84 AT 10:00 A.M. IN COURTROOM 12 B, FILED. JH 3/27/84 entered. | |
| 49 | Apr. 10 | Letter from L.R. Pichini, Esq. dated 4/6/84 re: supplement to Govt's motion to compel reciprocal discovery, filed. | |
| 50 | " 12 | GOVT'S MOTION FOR THE ADMISSION OF TAPE RECORDED CONVERSATIONS, MEMORANDUM, CERT. OF SERVICE, FILED. | |
| (47) | " 18 | ORDER THAT THE GOVT'S MOTION TO COMPEL RECIPROCAL DISCOVERY AND INSPECTION BY A FIXED DATE IS GRANTED, ETC., FILED. JH 4/19/84 entered & copies mailed. | |
| 51 | " 19 | ORDER THAT THE U.S. MARSHAL TRANSPORT DEFT. FROM THE METROPOLITAN CORRECTION CENTER IN N.Y. CITY TO THE U.S. MARSHALS OFFICE FOR EXAMINATION BY DR. KENNETH COOL ON 4/26/84 AT 10:00 A.M., ETC., FILED. JH 4/19/84 entered & copies mailed. | |
| 52 | " 25 | Pretrial Conference Hearing of 4/24/84 re: J.T. Serra, Esq. was admitted Pro Hac Vice; Counsel to submit proposed questions on voir Dire before 5/25/84; Counsel to submit points for charge on or before 6/14/84, filed. | |
| 53 | " 26 | GOVT'S MOTION FOR SEQUESTRATION OF PETIT JURY, MEMORANDUM IN SUPPORT, CERTIFICATE OF SERVICE, FILED. | |
| 54 | May 3 | ORDER THAT THE AFFIDAVIT SUBMITTED BY KEVIN RANKIN WHICH WAS SIGNED BY HIS CO-DEFT. GEORGE MARTORANO IS WITHDRAWN FROM THE PROCEEDINGS, ETC., FILED. JH 5/3/84 entered & copies mailed. | |
| 55 | " 3 | MEMORANDUM & ORDER DATED 5/2/84 HANNUM, J, THAT DEFT'S MOTION TO SUPPRESS EVIDENCE OBTAINED BY ELECTRONIC SURVEILLANCE IS DENIED, FILED. JH 5/3/84 entered & copies mailed. | |
| 56 | " 10 | GOVT'S MOTION TO DELETE PREJUDICIAL IRRELEVANT AND REPETITIOUS MATERIAL, MEMO., CERT. OF SERVICE, FILED. | |
| 57 | " 14 | ORDER THAT THE U.S. MARSHAL TRANSPORT DEFT. FROM METROPOLITAN CORRECTION CENTER TO U.S. MARSHAL OFFICE IN PHILA. FOR CONSULTATION WITH HIS COUNSEL ON 5/16/84 at 10:00 A.M., ETC., FILED. JH 5/15/84 entered & copies mailed. | |

CONTINUED

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT  Case 2:83-cr-00314-GP   Document 1   Filed 09/19/83   Page 6 of 17
CRIMINAL DOCKET   U. S. vs   MARTORANO, GEORGE, a/k/a Cowboy      83   00314   01

Yr. | Docket No. | Def.

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|---|---|---|---|
| | | (Document No.) | (a) \| (b) \| (c) \| (d) |
| 1984 | | | |
| 58 | May 17 | Cert. copy of Order of 4/19/84 "executed 4/26/84 Phila. and 4/26/84 New York", filed. | |
| 59 | " 25 | Govt's proposed questions for voir dire, filed. | |
| 60 | " 30 | Govt's trial memorandum, filed. | |
| 61 | " 30 | Govt's list of recorded conversations/transcripts, filed. | |
| 62 | " 30 | Govt's exhibit list, filed. | |
| 63 | " 30 | ORDER THAT THE DISCOVERY REQUEST CONTAINED IN PARAGRAPH 1 OF THE MOTION IS DENIED; DISCOVERY REQUESTS CONTAINED IN PARAGRAPH 2,3 AND 4 ARE DENIED; DISCOVERY REQUESTS CONTAINED IN PARAGRAPHS 5 & 7 ARE DISMISSED AS MOOT; DISCOVERY REQUEST CONTAINED IN PARAGRAPH 6 IS DISMISSED AS MOOT, ETC., FILED. 5/31/84 entered & copies mailed. JH | |
| 64 | Jun 1 | ORDER THAT THE U.S. MARSHAL SHALL TRANSPORT DEFT. TO METROPOLITAN CORRECTION CENTER, N.Y. AND SURRENDER CUSTODY TO THE APPROPRIATE AUTHORITY; IT IS FURTHER ORDERED THAT, ON 6/4/84 U.S. MARSHAL THOMAS RAPONE SHALL TAKE CUSTODY OF DEFT. AND TRANSPORT HIM FROM M.C.C. TO THE ED. OF PA. WHERE HE SHALL REMAIN UNTIL FURTHER ORDER OF THIS COURT, FILED. EC/JH 6/1/84 entered & copies mailed. | |
| 65 | " 1 | ORDER DATED 5/31/84 THAT THOMAS RAPONE, U.S. MARSHAL TAKE CUSTODY AND TRANSPORT DEFT. FROM METROPOLITAN CORRECTION CENTER IN N.Y. TO THE ED. OF PA. WHERE HE SHALL REMAIN UNTIL THE COMPLETION OF TRIAL IN THE CASE, FILED. JH 6/1/84 entered & copies mailed. | |
| 66 | " 5 | CHANGE OF PLEA OF 6/4/84: GUILTY TO CTS. 1,2,3,4,6,9,10,11,13, 14,15,16,17,18,19,20,21,24,30; Presentence report ordered, filed. | |
| 67 | " 5 | ORDER DATED 6/4/84 THAT THOMAS RAPONE, U.S. MARSHAL SHALL TRANSPORT DEFT. TO METROPOLITAN CORRECTION CENTER, N.Y., ETC., FILED. | |
| 68 | " 7 | ORDER DATED 6/5/84 THAT THE TWO DOCUMENTS ENCLOSED IN THE ENVELOPE AFFIXED TO THIS ORDER SHALL FILED UNDER SEAL BY THE CLERK UNTIL FURTHER ORDER OF THIS COURT, FILED. JH 6/7/84 entered & copies mailed. | |
| 69 | " 7 | Transcript of 4/24, 5/8, 6/4,5 of 1984, filed. | |
| 70 | " 14 | ORDER THAT ON 6/19/84, THOMAS RAPONE, U.S. MARSHAL SHALL TAKE DEFT. FROM THE METROPOLITAN CORRECTION CENTER, N.Y. TO THE ED. OF PA., ETC., FILED. JH 6/15/84 entered & copies mailed. | |
| 71 | Jul. 6 | Cert. copy of Order dtd. 5/14/84 "executed 5/16/84", filed. | |
| 72 | " 16 | Copy of order dated 6-1-84 returned "executed" and filed. | |
| 73 | Sep. 17 | ORDER THAT THE WARDEN OF METROPOLITAN CORRECTIONAL CENTER AND THE U.S. MARSHAL FOR THE ED OF PA. PRODUCE THE BODY OF DEFT. ON 9/20/84 AT 9:30 A.M. FOR SENTENCING, FILED. CW/JH 9/17/84 entered. | |
| 74 | " 20 | Govt's sentencing Memorandum, filed. | |

OVER

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 1984 | | | | | |
| 75 Sep. 21 | SENTENCE OF 9/20/84:<br>Cts. 1-4,6,9,10,11,13, — Life term of Impr. without parole.<br>14,15,16,17,18,19,   with property forfeit to the U.S.<br>20,21,24,30            1- The Assets of Tiddy Wink, Ltd.<br>                                  and parcel of real property in<br>                                  Hastings, Fl.<br>It is further ordered that the Attorney General is authorized to seize the property to the U.S. and dispose of it by any lawful means, filed. | | | | |
| 76 " 24 | JUDGMENT AND COMMITMENT ORDER, FILED.   JH<br>9/24/84 entered. | | | | |
| 77 " 25 | Letter dated 9/25/84 from R.F. Simone, Esq. re: request for additional 30 days at M.C.C. in N.Y, filed. | | | | |
| 78 " 25 | ORDER THAT THE U.S. MARSHAL SERVICE AND THE BUREAU OF PRISON KEEP THE DEFT. AT THE M.C.C. IN NEW YORK UNTIL 11/1/84, FILED.   JH<br>9/25/84 entered & copies mailed. | | | | |
| 79 " 27 | Deft's Notice of Appeal, Cert. of Service, filed. (USCA # 84-1568) (copies to: USCA, USA, Pre-Trial, Judge Hannum) | | | | |
| 80 " 27 | Copy of Clerk's Notice to USCA, filed. | | | | |
| 81 " 28 | Certified copy of Order of 9/17/84 re: "executed 9/20/84", filed. | | | | |
| 82 Oct. 3 | Transcript of 6/4/84, filed. | | | | |
| 83 " 3 | Transcript of 8/20/84, filed. | | | | |
| 84 " 25 | MOTION OF CHRISTINE E. YARIS, ESQ. FOR A ORDER ADMITTING G. L. SHARGEL & C.E. YARIS, ESQS. PRO HAC VICE AND DIRECTING THE U.S. MARSHAL AND BUREAU OF PRISONS TO KEEP DEFT. AT THE M.C.C., NEW YORK UNTIL 1/1/85, AFFIDAVIT, CERT. OF SERVICE, FILED. | | | | |
| 85 " 26 | Govt's response to Motion pursuant to F.R.C.P. 38(b)(2), Cert. of Service, filed. | | | | |
| (85) " 30 | ORDER DATED 10/29/84 THAT THE DEFT'S MOTION PURSUANT TO F.R.C.P 38(b)(2) IS DENIED, FILED.   JH<br>10/30/84 entered & copies mailed. | | | | |
| (84) " 30 | ORDER DATED 10/29/84 THAT GERALD L. SHARGEL & CHRISTINE E. YARIS ARE ADMITTED TO PRACTICE BEFORE THIS COURT PRO HAC VICE, FILED.   JH<br>10/30/84 entered & copies mailed. | | | | |
| 86 Nov. 7 | Copy of Transcript Purchase Order, filed. | | | | |
| -- " 7 | RECORD COMPLETE FOR PURPOSES OF APPEAL-TRANSCRIPT ALREADY ON FILE. | | | | |
| 87 " 9 | DEFT'S MOTION FOR ORDER ALLOWING COUNSEL FOR DEFT. TO EXAMINE THE PRESENTENCE REPORT, AFFIDAVIT, CERT. OF SERVICE, FILED. | | | | |
| (87) " 13 | ORDER THAT GERALD L. SHARGEL AND CHRISTINE E. YARIS, BE ALLOWED TO EXAMINE THE PRESENTENCE REPORT PREPARED IN CONNECTION WITH MR. MARTORANO'S SENTENCING, FILED.   JH<br>11/14/84 entered & copies mailed. | | | | |
| 88 " 21 | Transcript of 6/19/84, filed. | | | | |
| 89 Dec. 7 | Transcript of 3-15-84, filed. | | | | |
| 1986 | | | | | |
| 90 Jan. 15 | GOVT'S PETITION FOR AN ORDER FOR DISPOSITION OF PROPERTY, CERT. OF SERVICE, FILED | | | | |

CONTINUED

Interval (per Section II)   Start Date / End Date   Ltr. Code   Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   U. S. vs   MARTORANO, GEORGE, a/k/a Cowboy   83  00

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDA (a) | (b) |
|---|---|---|---|
| **1986** | | | |
| 91 Jan. 29 | Certified copy of Order from USCA, that the judgment of the District Court entered 9/24/84 is vacated and the cause remanded to the District Court with direction that a new sentencing be held, It is further ordered that the guilty plea will not be disturbed, filed.  (84-1568) | | |
| 92 Feb. 21 | ORDER THAT THE WARDEN OF THE U.S. PENITENTIARY AT LEAVENWORTH KANSAS AND THE U.S. MARSHAL FOR THE ED. OF PA. PRODUCE THE BODY OF DEFT. ON 3/11/86 AT 9:30 A.M. FOR RESENTENCING, FILED. 2/21/86 entered & copies mailed. | JH | |
| 93 " 26 | DEFT'S PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM; AFFIDAVIT; CERTIFICATE OF SERVICE, FILED. | | |
| 94 " 28 | GOVT'S UNOPPOSED PETITION FOR AN ORDER FOR DEPOSIT OF FUNDS WITH THE COURT, CERT. OF SERVICE, FILED. | | |
| 95 Mar. 11 | Hearing re: sentencing not held because of the filing of motion by deft. to disqualify the Judge, etc., filed. | | |
| 96 " 11 | ORDER THAT DR. DANIEL SCHWARTZ, A LICENSED PSYCHIATRIST, BE PERMITTED TO EXAMINE DEFT. AND ADMINISTER ANY TESTS AS MAY BE REQUIRED, FILED.      JH  3/11/86 entered. | | |
| 97 " 11 | ORDER THAT A PSYCHIATRIC EXAMINATION OF DEFT. BE CONDUCTED TO DETERMINE WHETHER HE IS COMPETENT TO BE RESENTENCED, FILED.  3/11/86 entered. | JH | |
| 98 " 11 | DEFT'S MOTION TO DISQUALIFY JUDGE HANNUM FROM PRESIDING OVER FURTHER PROCEEDINGS IN THIS CASE, AFFIDAVIT IN SUPPORT, CERT. FILED. | | |
| (94) " 11 | ORDER DATED 3/10/86 THAT THE CLERK OF COURT OPEN AN INTEREST BEARING ACCOUNT BY DEPOSITING CONTINENTAL BANK TREASURERS CHECK NO. 1578919 IN THE SUM OF $17,611.59 UNTIL FURTHER ORDER OF THE COURT, FILED.      JH  3/11/86 entered & copies mailed. | | |
| 99 " 12 | GOVT'S MOTION FOR PRESENTENCING PSYCHIATRIC AND PSYCHOLOGICAL EXAMINATIONS, CERT. OF SERVICE, FILED. | | |
| 100 " 14 | ORDER THAT DR. DANIEL SCHWARTZ SHALL NOT BE PERMITTED TO BE PRESENT DURING ANY PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION OF DEFT. CONDUCTED BY ROBERT V. DeSILVERIO, M.D. OR BY CLIFFORD DeCATO, PH.D., FILED.      JH  3/17/86 entered & copies mailed. | | |
| 101 " 14 | Letter dated 3/14/86 from Louis R. Pichini, Esq. to Judge Hannum re: Govt. opposes the deft's proposed order to have his own psychiatrist present at examination, filed. | | |
| 102 " 14 | Letter dated 3/13/86 from Christine E. Yaris, Esq. to Judge Hannum re: response to Govt's motion for presentencing psychiatric and psychological examinations, filed. | | |
| (99) " 14 | ORDER THAT DEFT. SHALL UNDER PSYCHIATRIC AND PSYCHOLOGICAL EXAMINATION BY ROBERT V. DeSILVERIO, M.D. AND CLIFFORD DECATO, PH.D., IT IS FURTHER ORDER THAT THE U.S. MARSHAL TRANSPORT DEFT. FROM THE PHILA. DETENTION CENTER TO THE U.S. COURTHOUSE AND BACK FOR A PSYCHIATRIC EXAMINATION AT 10:00 A.M. ON 3/20/86, ETC., FILED.      JH  3/17/86 entered & copies mailed. | | |

Interval (per Section II)   Start Date / End Date

| DATE 1986 | | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|---|
| 103 | Mar 20 | DEFT'S MOTION FOR COURT APPOINTED NEUTRAL WITNESS TO CONDUCT THE PRESENTENCE PSYCHIATRIC AND PSYCHOLOGICAL EXAMINATIONS, FILED. | | | | |
| 104 | " 26 | Transcript of 3/11/86, filed. | | | | |
| 105 | " 27 | ORDER DATED 3/26/86 THAT THE U.S. MARSHAL TRANSPORT DEFT. TO THE NEW YORK METROPOLITAN CORRECTIONAL CENTER WHERE HE SHALL BE HOUSED UNTIL FURTHER ORDER OF THE COURT, FILED.    JH    3/27/86 entered & copies mailed. | | | | |
| 106 | " 28 | Govt's response to Deft's motion for recusal, cert. of service, filed. | | | | |
| 107 | " 31 | DEFT'S MOTION FOR AN ORDER DIRECTING THE BUREAU OF PRISONS TO DISCLOSE DEFT'S INSTITUTIONAL RECORDS TO HIS COUNSEL, FILED. | | | | |
| 108 | Apr. 2 | Deft's reply memorandum in support of motion pursuant to 28:144 and 455(a), filed. | | | | |
| 109 | " 11 | Letter dated 3/12/86 from L.R. Pichini, Strike Force to Judge Hannum re: Govt's motion for presentencing Psychiatric and Psychological examinations, filed. | | | | |
| 110 | " 11 | Letter dated 3/26/86 from L.R. Pichini, Strike Force to Judge Hannum re: Govt. has no objection to the return of Deft. to N.Y. Metropolitan Correctional center pending resentencing, filed. | | | | |
| 111 | " 29 | ORDER DATED 4/28/86 THAT IN ACCORDANCE WITH THIS COURT'S ORDER PURSUANT TO 18:4241, THAT DEFT. BE EXAMINED TO DETERMINE WHETHER HE IS COMPETENT TO BE RESENTENCED, LARRY COHEN, PHD, A LICENSED PSYCHOLOGIST, BE PERMITTED TO EXAMINE DEFT. AT THE METROPOLITAN CORRECTIONAL CENTER, N.Y., FILED.    JH    4/30/86 entered & copies mailed. | | | | |
| 112 | May 6 | Letter dated 4/22/86 from Louis R. Pichini, Esq. to Judge Hannum re: Govt's reply to deft's motion for an order directing the Bureau of Pirisons to disclose deft's institutional records to his counsel, and request that the Court temporarily postpone disposition on this matter until the review is completed, filed. | | | | |
| 113 | Jun. 20 | Letter dated 6/13/86 from Christine E. Yaris, Esq. to Judge Hannum re: Deft. has withdrawn his motion for an order directing the Bureau of Prisons to disclose Deft's institutional Records, filed. | | | | |
| 114 | Sep. 3 | Deft's memorandum in support of Deft's motion pursuant to 28:144 and 455(a), filed. | | | | |
| 115 | " 10 | Deft's supplemental memorandum in support of deft's motion pursuant to 28:144 & 455(a), affidavit in support, filed. | | | | |
| 116 | " 11 | Letter dated 3/20/86 from Christine E. Yaris, Esq. to Judge Hannum re: response to the Court's concerns regarding the procedural requirements of our motion for recusal, filed. | | | | |
| 117 | " 11 | MEMORANDUM & ORDER DATED 9/11/86 HANNUM, J. THAT DEFT'S MOTION PURSUANT TO 28:144 & 455(a) IS DENIED, ETC., FILED.    JH    9/12/86 entered & copies mailed. | | | | |
| 118 | " 24 | STIPULATION & ORDER THAT DEFT'S MOTION FOR A COMPETENCY HEARING AND TO HAVE THE COURT APPOINT A COURT'S EXPERT TO CONDUCT A PSYCHIATRIC WXAMINATION IS WITHDRAWN, DEFT'S MOTION TO WITHDRAW HIS PLEA OF GUILTY SHALL BE FILED NO LATER THAN 10/24/86 AND THE GOVT. SHALL RESPOND NO LATER THAN 11/14/86, ETC., FILED.    JH    9/25/86 entered & copies mailed. | | | | |

CONTINUED                                    Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

| DATE | | PROCEEDINGS (continued) | V. EXCLUDAB |
|---|---|---|---|
| | | (Document No.) | (a) \| (b) |
| **1986** | | | |
| 119 | Oct. 15 | ORDER THAT THE CLERK OF COURT SHALL PAY THE CONTENTS OF THE INTEREST BEARING ACCOUNT TO THE U.S. DEPT. OF JUSTICE, FILED. 10/15/86 entered & copies mailed.   JH | JH |
| 120 | " 16 | Appearance of Ann D. White, Esq., filed. | |
| 121 | " 30 | Letter dated 10/29/86 from Gerald L. Shargel, Esq. to Hannum, J., re: request for extension to file motion for plea withdrawal WITH COURT APPROVAL THEREOF, FILED.   JH 10/31/86 entered. | |
| 122 | Nov 7 | Deft's Memorandum of Law in Support of Motion, Pursuant to Rule 32(d) F.R.Crim. P., to Withdraw his Plea of Guilty, filed. | |
| 123 | " 10 | DEFT'S MOTION FOR ORAL ARGUMENT, NOTICE, FILED. | |
| 124 | " 24 | Affidavit of George Martorano in support of his plea withdrawal motion, filed. | |
| 125 | Dec. 5 | Govt's response to Deft's motion pursuant to rule 32(d), to withdraw his guilty plea, cert. of service, filed. | |
| 126 | " 17 | Letter dated 12/12/86 from Gerald L. Shargel, Esq. to Judge Hannum re: Letter in lieu of a reply memorandum of law to deft's motion to withdraw guilty plea, filed. | |
| **1987** | | | |
| 127 | Jul 8 | MEMORANDUM, HANNUM, S.J. AND ORDER DATED 7/8/87 THAT DEFT'S MOTION FOR REARGUMENT IS DENIED; DEFT'S DE NOVO" MOTION TO DISQUALIFY THE COURT IS DENIED; DEFT'S MOTION TO WITHDRAW HIS GUILTY PLEA IS DENIED; SENTENCING IS SET FOR 8/4/87 AT 9:30 A.M., FILED. 7/9/87 ENTERED AND COPIES MAILED. | JH |
| 128 | " 20 | DEFT'S MOTION FOR AN ORDER DIRECTING THE PROBATION DEPARTMENT TO PREPARE AN UPDATED PRE-SENTENCE REPORT, ETC., NOTICE, AFFIRMATION, FILED. | |
| 129 | " 20 | DEFT'S MOTION FOR AN ORDER ADJOURNING SENTENCING UNTIL 9/1/87, NOTICE, AFFIRMATION, FILED. | |
| 130 | " 20 | Certificate of Service of Christine E. Yaris, Esq. re: on 7/17/87 served motions on Louis Pichini, Esq. by Federal Express, filed. | |
| 131 | " 28 | Letter dated 7/24/87 from Louis R. Pichini, Esq. to Judge Hannum re: Govt. does not object to a continuance of sentencing until 9/1/87, filed. | |
| 132 | " 28 | ORDER THAT THE U.S. PROBATION DEPARTMENT PREPARE AN UPDATED PRE-SENTENCE INVESTIGATION REPORT PRIOR TO RE-SENTENCING, FILED. 7/29/87 entered & copies mailed. | JH |
| 133 | " 28 | ORDER THAT DR. DANIEL SCHWARTZ BE PERMITTED TO ENTER THE METROPOLITAN CORRECTIONAL CENTER FOR THE PURPOSE OF CONDUCTING A PSYCHIATRIC EXAMINATION OF DEFT., FILED. 7/29/87 entered & copies mailed. | JH |
| 134 | " 28 | ORDER THAT THE METROPOLITAN CORRECTIONAL CENTER PROVIDE TO DEFENSE COUNSEL COPIES OF ALL MEDICAL REPORTS, ETC., FILED. 7/29/87 entered & copies mailed. | JH |
| (129) | " 28 | ORDER THAT THE SENTENCING BE ADJOURNED UNTIL 9/1/87 AT 9:30 A.M., FILED. 7/29/87 entered & copies mailed. | JH |

SCANNED

Interval
(per Section II)   Start Date
                   End Date

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| 1987 | | | | | | |
| 135 Oct. | 13 | ORDER THAT THE WARDEN OF THE NEW YORK METROPOLITAN CENTER AND THE U.S. MARSHAL PRODUCE THE BODY OF DEFT. ON 10/20/87 AT 10:00 A.M. FOR SENTENCING, FILED.<br>     10/14/87 entered & copies mailed. | JH | | | |
| 136 " | 16 | ORDER THAT THE WARDEN OF THE N.Y. METROPOLITAN CENTER AND THE U.S. MARSHAL PRODUCE THE BODY OF DEFT. ON 10/23/87 AT 9:30 A.M. FOR SENTENCING, FILED.<br>     10/19/87 entered. | JH | | | |
| 137 " | 22 | Deft's pre-sentence memorandum, filed. | | | | |
| 138 " | 22 | Certified copy of Order dated 10/13/87 returned "unexecuted", filed. | | | | |
| 139 " | 23 | ORDER THAT THE WARDEN OF NEW YORK METROPOLITAN CENTER AND THE U.S. MARSHAL PRODUCE THE BODY OF DEFT. ON 11/6/87 AT 2:00 P.M. FOR SENTENCING, FILED.<br>     10/26/87 entered & copies mailed. | JH | | | |
| 140 " | 26 | SENTENCE OF 10/23/87 re: Court continues sentencing until 11/6/87 at 2:00 p.m. in Courtroom 12B, filed. | | | | |
| 141 " | 30 | Certified copy of Order dated 10/16/87 returned "executed on 10/23/87", filed. | | | | |
| 142 Nov. | 4 | Govt's sentencing Exhibits, Cert. of service, filed. | | | | |
| 143 " | 9 | SENTENCE of 11/6/87:<br>Cts. 1,2,3,4,6,9,10,11,13, - Impr. - Life without parole and<br>    14,15,16,17,18,19,20,   for a study under 18:4205, it is<br>    21,24 & 30            further order that the assets of<br>                               Tiddy Wink, Ltd, real property<br>in Hastings Florida be forfeited to the USA, filed. | | | | |
| 144 " | 9 | JUDGMENT AND COMMITMENT ORDER DATED 11/6/87, FILED.<br>     11/10/87 entered. | JH | | | |
| 145 " | 13 | Certified copy of Order dated 10/23/87 returned "executed on 11/6/87", filed. | | | | |
| 146 " | 19 | Transcript of 10/23/87, filed. | | | | |
| 147 " | 19 | Transcript of 11/6/87, filed. | | | | |
| 148 Dec. | 2 | Letter dated 11/23/87 from C.R. Edwards, Warden, Lewisburg, F.C.I. to Judge Hannum re: request to transfer deft. to Medical Facility in Springfield Missouri, filed. | | | | |
| 149 " | 2 | ORDER THAT THE WARDEN'S REQUEST FOR A 30 DAY EXTENSION TO CONDUCT A THOROUGH STUDY IS GRANTED AND SENTENCING IS CONTINUED UNTIL 3/7/88, FILED.<br>     12/3/87 entered & copies mailed. | JH | | | |
| -- " | 14 | Tape of hearing of 10/23/87, filed. (CR Tape # 121) | | | | |
| 150 " | 23 | Certified copy of J & C returned "executed on 12/11/87", filed. | | | | |
| 1988 | | | | | | |
| 151 Mar. | 9 | ORDER THAT THE WARDEN OF THE METROPOLITAN CORRECTIONAL CENTER, AND THE U.S. MARSHAL PRODUCE THE BODY OF GEORGE MARTORANO ON 3/23/88 AT 2:00 A.M. FOR SENTENCING, FILED.<br>     3/9/88 entered. | JH | | | |

CONTINUED...

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

| DATE | PROCEEDINGS (continued) | V. EXCLUDA (a) (b) |
|---|---|---|
| | (Document No.) | |
| **1988** | | |
| 152 Mar. 25 | Sentence hearing of 3/23/88 re: Because deft. is on drugs the court will recess the matter, counsel are to ascertain the effects of the prescription drugs on deft., sentencing to take place 3/24/88 at 10:00 a.m. when Warden Frame, the doctor and nurse from Chester County Prison are to be present, filed. | |
| 153 " 25 | Sentencing Hearing of 3/24/88 re: Court inquires of deft. whether or not he has seen and reviewed the psychological evaluation report prepared by the Bureau of Prisons with his counsel - Yes, It is the decision of the Court that deft. will be afforded and opportunity to object to the Summary Report and Psychological Evaluation Report and to produce witnesses to support their objections, filed. | |
| 154 Mar.28 | Transcript of 3/23/88, filed. | |
| 155 Apr 1 | Transcript of 3/24/88, filed. | |
| -- " 5 | Tape of Hearing of 3/23 & 3/24, 1988, filed. (C.R. Tape # 154) | |
| 156 " 27 | Evidentiary Hearing of 4/26/88 re: Counsel makes application for disqualification of Court because of the Court's involvement in Kevin Rankin case - Denied, witnesses sworn & testified, filed. | |
| 157 " 27 | RE-SENTENCE re: Court makes response to assertion of Gerald L. Shargel, Esq. that the court did not consider the testimony presented yesterday and the court seal its notes is - Denied, Attorney General or his authorized representative is authorized to seize the property declared forfeit to the USA and dispose of it in a lawful manner, deft. having been returned to this] court and the court receiving and considered the report of such study, it is ordered that the sentence of imprisonment imposed is affirmed, filed. | |
| 158 " 27 | JUDGMENT AND COMMITMENT ORDER, FILED.  4/28/88 entered. | JH |
| 159 " 27 | Deft's Notice of Appeal, filed. (copies to: USCA, AUSA, Judge Hannum, D. Spitz) SCANNED | |
| 160 " 27 | Copy of Clerk's Notice to USCA, filed. | |
| 161 May 9 | Copy of Transcript Purchase Order, filed. | |
| -- " 10 | RECORD COMPLETE FOR PURPOSES OF APPEAL-TRANSCRIPT ALREADY ON FILE. | |
| 162 " 27 | Transcript of 4/26/88, filed. | |
| 163 " 27 | Transcript of 4/27/88, filed. | |
| 164 Jun.28 | Copy of Transcript Order Form, filed. | |
| 165 Aug. 1 | Letter dated 6/16/88 from R.L. Matthews, Warden, Leavenworth, Prison, Kansas to L. Pichini, Esq. re: omission of a charge on the Judgment and commitment order, filed. | |
| 166 " 1 | ORDER THAT THE JUDGMENT AND COMMITMENT ORDER ENTERED 4/27/88 IS AMENDED TO INCLUDE THE OMITTED CONVICTIONS "21:841(a)(1), 846 ATTEMPT TO POSSESS WITH INTENT TO DISTRIBUTE QUAALUDES; ATTEMPT TO DISTRIBUTE QUAALUDES; 21:848 CONTINUING CRIMINAL ENTERPRISE; 21:952(a) IMPORTATION OF MARIHUANA, FILED.  8/2/88 entered & copies mailed. | JH |

OVER

| DATE 1989 | | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|---|
| 167 | Sep. 28 | Certified copy of Order from USCA that that judgment of the District Court entered 4/28/88 is affirmed, filed. | | | | |
| **1990** | | | | | | |
| 168 | Jun. 18 | DEFT'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO RULE 35, AFFIDAVIT OF SERVICE, FILED. | | | | |
| 169 | " 18 | Deft's Memorandum in support of motion for reduction of sentence, filed. | | | | |
| **1991** | | | | | | |
| 170 | Jan. 7 | Govt's response to deft's motion for reduction of sentence, Cert. of Service, filed. | | | | |
| 171 | Mar 28 | HEARING RE: Motion for Reduction of Sentence ---C.A.V., filed. | RB | | | |
| (170) | Sep. 20 | ORDER THAT DEFT'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO RULE 35(b) IS DENIED, FILED.  9/23/91 entered & copies mailed. | RB | | | |
| 172 | " 30 | Deft's Notice of Appeal, filed. (91-1850) (copies to: USCA, L. Pichini, AUSA, Buckwalter, J. C. Campoli) | | | | |
| 173 | " 30 | Copy of Clerk's Notice to USCA, filed. | | | | |
| 174 | Oct. 30 | CERTIFIED COPY OF ORDER RECEIVED FROM USCA THAT THE CASE IS DISMISSED FOR FAILURE TO ORDER A TRANSCRIPT, FILED. | | | | |
| **1994** | | | | | | |
| 175 | Nov 10 | DEFT'S MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE UNDER 28:2255, MEMORANDUM IN SUPPORT THEREOF, CERTIFICATE OF SERVICE, FILED. | | | | |
| 176 | " 21 | ORDER DATED 11/21/94 THAT THE U.S. ATTORNEY RESPOND TO DEFT'S 28:2255 MOTION, FILED.  11/22/94 ENTERED AND COPIES MAILED. | EC | | | |
| **1995** | | | | | | |
| 177 | Jan 27 | ORDER DATED 1/26/95 THAT THE UNITED STATES IS DIRECTED TO FILE A RESPONSIVE BRIEF TO DEFT'S PETITION FOR HABEAS CORPUS ON OR BEFORE 2/27/95, FILED.  1/30/95 ENTERED AND COPIES MAILED. | EC | | | |
| 178 | Feb. 27 | Govt's Memorandum in opposition to deft's 28:2255 motion, Cert. of Service, filed. | | | | |
| 179 | Mar 20 | ORDER DATED 3/20/95 THAT DEFT'S MOTION UNDER 28:2255 IS DENIED, FILED.  3/20/95 ENTERED AND COPIES MAILED. | EC | | | |
| 180 | " 28 | Deft's Notice of Appeal, filed. (USCA 95-1240)  3/29/95 Entered and Copy to: U.S. Court of Appeals; L. Pichini, AUSA; Cahn, J.; U.S. Probation. | | | | |
| 181 | " 28 | Copy of Clerk's Notice of Appeal to U.S. Court of Appeals, filed.  3/29/95 Enteed and Copy to: U.S. Court of Appeals; Cahn, J.; Appeals Clerk. | | | | |
| 182 | " 31 | Copy of Transcript Purchase Order, filed. | | | | |
| -- | APR 3 | RECORD COMPLETE FOR PURPOSES OF APPEAL. TRANSCRIPTS NOT NEEDED. | | | | |

Interval (per Section II)  Start Date / End Date  Ltr. Code  Total Days

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| | MARTORANO, GEORGE | DOCKET NO. 83 |
| | | PAGE ___ OF ___ |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1996 | | |
| 183 Feb 12 | | CERTIFIED COPY OF JUDGMENT ORDER RECEIVED FROM U.S. COURT OF APPEALS THAT THE ORDER OF 3/20/95 IS AFFIRMED, FILED. 2/13/96 ENTERED. |
| 184 Sept 5 | | GOVT'S MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO MOTION OF DEFT FOR A REDUCTION OF SENTENCE PURSUANT TO RULE 35(b), CERTIFICATE OF SERVICE, FILED. |
| 185 " 23 | | ORDER DATED 9/23/96 THAT GOVT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO THE MOTION OF GEORGE MARTORANO FOR REDUCTION OF SENTENCE IS GRANTED. GOVT'S RESPONSE IS DUE 10/7/96, FILED. 9/23/96 ENTERED AND COPIES MAILED. |
| 186 Oct 1 | | Govt's Memorandum in Opposition to Motion of Deft. for a Reduction of Sentence Pursuant to Rule 35(b), Certificate of Service, filed. |
| 187 " 24 | | DEFTS PRO SE MOTION FOR REDUCTION OF SENTENCE PURSUANT TO RULE 35(b) OF F.R.CR.P., FILED. (Per Law Clerk) |
| 188 " 24 | | Petitioner's Response to Govt's Memorandum in Opposition to Reduction of Sentence Pursuant to Rule 35(b), Certificate of Service, filed. |
| 189 " 28 | | MEMORANDUM & ORDER DATED 10/28/96 THAT DEFT'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO F.R.CR.P. 35(b) IS HEREBY DENIED, FILED. 10/28/96 entered & copies mailed. (EC) |
| 190 Nov 7 | | Deft's Pro Se Notice of Appeal, filed. (USCA 96-2029) 11/7/96 Entered and Copy to: U.S. Attorney; Cahn, J.; U.S. Court of Appeals Appeals Clerk, U.S. Probation. |
| 191 " 7 | | Copy of Clerk's Notice of Appeal to U.S. Court of Appeals, filed. 11/7/96 Entered and Copy to: U.S. Court of Appeals; Appeals Clerk; Cahn, J |
| 1997 | | |
| JAN 8 | | Record transmitted to the U.S.C.A. (Pleadings 2 thru 68, 70 th and 168 thru 189 are not included). |
| 192 Feb 28 | | DEFT'S PRO SE PETITION FOR TRANSFER RECOMMENDATION FROM THE COURT, FILED. |
| 193 " 28 | | ORDER THAT THE PETITION FOR TRANSFER RECOMMENDATION IS DENIED, FILED. 3/3/97 ENTERED AND COPIES MAILED. |
| 194 May 23 | | CERTIFIED COPY OF JUDGMENT ORDER RECEIVED FROM U.S. COURT OF APPEALS THAT THE JUDGMENT OF THE DISTRICT COURT IS AFFIRMED, FILED. 5/23/97 ENTERED. |
| -- " 23 | | RECORD ON APPEAL RETURNED. |
| 1999 | | |
| 195 NOV 19 | | ORDER OF 11/19/99 THAT THIS CASE IS REASSIGNED FROM THE CALENDAR OF JUDGE CAHN TO THE CALENDAR OF JUDGE HERBERT J. HUTTON, FILED. 11/22/99 entered, copies mailed. |
| 2000 | | |
| 196 Apr 4 | | DEFT'S MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28:2255, FILED. (00-CV-1770) |

(OVER)

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | DEFENDANT | DOCKET NO. _____ |
| --- | --- | --- | --- |
| | | | PAGE ___ OF _____ PAGES |

| DATE | NR. | PROCEEDINGS | |
| --- | --- | --- | --- |
| 2000 | | | |
| 197 May | 8 | ORDER DATED 5/8/00 THAT PETITIONER'S WRIT OF HABEAS CORPUS IS DISMISSED, FILED.<br>5/9/00 ENTERED AND COPIES MAILED. | HH |
| 198 Jun | 13 | CERTIFIED COPY OF ORDER RECEIVED FROM U.S. COURT OF APPEALS THAT THE PETITIONER'S APPLICATION PURSUANT TO 28:2244 AND 2255 TO FILE A SECOND OR SUCCESSIVE HABEAS CORPUS PETITION IS GRANTED.<br>6/13/00 ENTERED. | |
| 199 " | 15 | DEFT'S MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28:2255, CERTIFICATE OF SERVICE, FILED. | |
| 200 " | 30 | Govt's Memorandum in Opposition to Deft's Motion under 28:2255, Cert. of Service, filed. | |
| 201 Aug | 14 | Petitioner's Reply to Govt's Memorandum in Opposition to Deft's Motion under 28:2255, Certificate of Service, filed. | |
| 202 Sept | 7 | ORDER DATED 9/6/00 THAT PETITIONER'S 28:2255 PETITION IS DISMISSED WITH PREJUDICE, FILED.<br>9/8/00 ENTERED AND COPIES MAILED. | HH |
| 203 " | 12 | DEFT'S MOTION FOR RECONSIDERATION, CERTIFICATE OF SERVICE, FILED. | |
| 204 " | 18 | Letter dated 9/14/00 to Judge Hutton from Michael A. Schwartz, Esq., AUSA requesting that the Court find that Deft's current motion under 28:2255 does not implicate the Supreme Court's decision in Mitchell v. United States, 526 U.S. 314, 330(1999). Based on this proposed finding, the Govt. requests that the Court Deny the 2255 Motion, filed. | |
| 2001 | | | |
| 205 Aug | 9 | MEMORANDUM, HUTTON, J. AND ORDER DATED 8/8/01, THAT PETITIONER'S MOTION FOR RECONSIDERATION IS GRANTED. THE COURT'S 9/6/00, ORDER IS VACATED. PETITIONER'S MOTION TO VACATE, SET AISDE OR CORRECT SENTENCE UNDER 28:2255 IS DISMISSED WITH PREJUDICE. A CERTIFICATE OF APPEALABILITY IS NOT GRANTED AS THE PETITIONER HAS NOT MADE A SUBSTANTIAL SHOWING OF THE DENIAL OF A CONSTITUTIONAL RIGHT, FILED.<br>8/13/01 ENTERED AND COPIES MAILED. | HH |
| 206 " | 23 | PETITIONER'S REQUEST FOR RECONSIDERATION OF A PORTION OF 8/8/01, ORDER, CERTIFICATE OF SERVICE, FILED. | |
| 207 Nov | 15 | Govt's Memorandum in Opposition to the Request for Reconsideration of a Portion of 8/8/01 Order, Certificate of Service, filed. | |
| 208 Dec | 14 | MEMORANDUM AND ORDER DATED 12/11/01 THAT PETITIONER'S REQUEST FOR RECONSIDERATION OF A PORTION OF THE 8/8/01 ORDER IS DENIED, FILED.<br>12/18/01 ENTERED AND COPIES MAILED. | HH |
| 209 " | 31 | Deft's Notice of Appeal, filed. (USCA 02-1031)<br>1/2/02 Entered and Copy to: U.S. Court of Appeals, M. Schwartz, Esq., AUSA, U.S. Court of Appeals, Hutton, J., U.S. Probation. | |
| 210 " | 31 | Copy of Clerk's Notice of Appeal to U.S. Court of Appeals, filed.<br>1/2/02 Entered and Copy to: U.S. Court of Appeals, Hutton, J., Appeals Clerk. | |
| 2002 | | | |
| 220 Jan | 22 | Copy of Transcript Purchase Order, filed. | |
| -- | 23 | RECORD COMPLETE FOR PURPOSES OF APPEAL. | |

CONTINUED

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | DEFENDANT | |
|---|---|---|---|
| | | GEORGE MARTORANO | DOCKET NO. 83 |
| | | | PAGE ___ OF ___ |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 2002 | | |
| -- Feb 21 | | Certified and transmitted record on appeal to U.S.C.A. as to GEORGE MARTORANO.(Pleadings 199, 203, 205-210, included. Per U Pleadings 200-202, 204, not included). |
| Nov 26 | 221 | CERTIFIED COPY OF ORDER RECEIVED FROM U.S. COURT OF APPEALS THAT THE REQUEST FOR A CERTIFICATE OF APPEALABILITY IS DENIED, FILED. |
| " 26 | -- | RECORD RETURNED FROM U.S. COURT OF APPEALS. |
| 2007 | | |
| Jun 11 | 222 | DEFT'S MOTION TO CORRECT AN ILLEGAL SENTENCE, MEMORANDUM OF LAW IN SUPPORT, CERT. OF SERVICE, FILED. |
| " 27 | 223 | ORDER DATED 6/27/07, THAT THIS CASE IS REASSIGNED FROM THE CALENDAR OF THE LATE JUDGE HUTTON TO THE CALENDAR OF JUDGE PRATTER, FILED. 6/28/07 ENTERED AND COPIES MAILED. |
| Sept 5 | 224 | Govt's Memorandum in Opposition to the Motion of George Martorano to Correct an Illegal Sentence, Cert. of Service, filed. |
| Oct 19 | 225 | MEMORANDUM AND ORDER, PRATTER, J. DATED 10/19/07, THAT DEFT'S RULE 35(a) MOTION TO CORRECT AN ILLEGAL SENTENCE ( DOC. # 222) IS DENIED, FILED. 10/19/07 ENTERED AND COPIES MAILED |
| 2009 | | |
| Feb 6 | 226 | DEFT'S PRO-SE MOTION TO CORRECT ILLEGAL SENTENCES FED. R. CRIM. P. RULE 35(a), EXHIBITS, FILED. |
| " 19 | 227 | ORDER DATED 2/19/09 THAT COUNSEL FOR THE GOVT. SHALL FILE A RESPONSE TO THE PRO-SE MOTION TO CORRECT ILLEGAL SENTENCES FED. R. CRIM. P. RULE 35(a)(DOC. NO. 226) ON OR BEFORE 3/5/09, FILED. 2/19/09 ENTERED AND COPIES MAILED. |
| Mar 4 | 228 | ORDER DATED 3/4/09, GRANTING GOVT'S LETTER REQUEST OF 2/27/09, REQUESTING AN ADDITIONAL 60 DAYS TO RESPOND TO DEFT'S PRO-SE MOTION TO CORRECT ILLEGAL SENTENCE UNDER RULE 35(a). THE GOVT. SHALL FILE A RESPONSE TO THE MOTION ON OR BEFORE 5/5/09, FILED. 3/5/09 ENTERED AND COPIES MAILED. |
| " 19 | 229 | Notice of Change of Address for Deft. George Martorano, filed. |
| May 7 | 230 | ORDER DATED 5/6/09, GRANTING THE GOVT'S LETTER REQUEST OF 5/5/09, REQUESTING AN ADDITIONAL 30 DAYS TO RESPOND TO DEFT'S PRO-SE MOTION TO CORRECT ILLEGAL SENTENCE UNDER RULE 35(a). COUNSEL FOR THE GOVT. SHALL FILE A RESPONSE ON OR BEFORE 6/5/09, FILED. 5/8/09 ENTERED AND COPIES MAILED. |
| Jun 5 | 231 | Govt's Reply to Deft's Pro-Se Motion to Correct Illegal Sentence Per Fed. R. Crim. P. Rule 35(a), Cert. of Service, filed. |

( O V E R )

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| | | DOCKET NO. _____ |
| | | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 2009 | | |
| 232 Jun | 18 | DEFT'S REPLY MOTION TO GOVT'S RESPONSE, CERT. OF SERVICE, FILED. |