IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES of AMERICA | : : : | CRIMINAL No. 83-314-1 |
|---|---|---|
| v. | : : | |
| GEORGE MARTORANO | : | |

### ORDER

**AND NOW**, this 21st day of June, 2011, upon consideration of Petitioner George Martorano's Motion to Correct Illegal Sentence and/or Appropriate Relief (Docket No. 235), it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE